1  Cathy L. Arias, State Bar # 141989
   Claudia Leed, State Bar # 122676
2  BURNHAM BROWN                                    **E-filed1/18/06**
   A Professional Law Corporation
3  P.O. Box 119
   Oakland, California 94604
4  ---
   1901 Harrison Street, 11th Floor
5  Oakland, California  94612
   Telephone:    (510) 444-6800
6  Facsimile:    (510) 835-6666
   Email:        carias@burnhambrown.com
7                cleed@burnhambrown.com

8  CITY OF SALINAS
   OFFICE OF THE CITY ATTORNEY
9  Vanessa W. Vallarta, City Attorney, State # 142404
   M. Christine Davi, Sr. Deputy State #178389
10 200 Lincoln Avenue
   Salinas, California 93901
11 Telephone:    (831) 758-7256
   Facsimile:    (831) 758-7257
12 Email:
                 chrisd@ci.salinas.ca.us
13
   Attorneys for Defendants
14 CITY OF SALINAS and
   CITY OF SALINAS REDEVELOPMENT AGENCY
15

16              **UNITED STATES DISTRICT COURT**

17              **NORTHERN DISTRICT OF CALIFORNIA**

18

19 | LYNETTE WHITFIELD,                         | No. C0503230  JF
20 |        Plaintiff,                          | **STIPULATION AND ~~PROPOSED~~**
                                                  **ORDER RE: FILING OF AMENDED**
21 | v.                                         | **ANSWER ON BEHALF OF**
                                                  **DEFENDANTS CITY OF SALINAS**
22 | CITY OF SALINAS, SALINAS                   | **AND SALINAS REDEVELOPMENT**
     REDEVELOPMENT AGENCY,                        **AGENCY**
23   NATIONAL PASSENGER RAILROAD
     CORPORATION, UNION PACIFIC
24   CORPORATION, DOES 1 through 10,

25          Defendant.

26

27 \\\

28 STIPULATION AND PROPOSED ORDER RE: DEF. CITY     1                    C0503230 JF
   OF SALINAS AND CITY OF SALINAS
   REDEVELOPMENT AGENCY'S FILING OF AN
   AMENDED ANSWER TO COMPLAINT

The parties to the above captioned litigation hereby stipulate by and through their undersigned counsel of record to request that this court grant Defendants CITY OF SALINAS and SALINAS REDEVELOPMENT AUTHORITY leave to file the amended answer filed herewith.

DATED: January 12, 2006        BURNHAM BROWN

                               By_____
                                  CLAUDIA LEED
                                Attorneys for Defendants
                                CITY OF SALINAS and CITY OF SALINAS
                                REDEVELOPMENT AGENCY

DATED: January 12, 2006        ROSEN, BIEN & ASARO

                               By:_____
                                  ANDREA G. ASARO
                                Attorneys for Plaintiff
                                Lynette Whitfield

DATED: January 12, 2006        JACKSON LEWIS

                               By: _____
                                  ERIKA M. BARBARA
                                Attorneys for Defendants
                                UNION PACIFIC CORPORATION
                                and NATIONAL PASSENGER
                                CORPORATION

\\\

STIPULATION AND PROPOSED ORDER RE: DEF. CITY OF SALINAS AND CITY OF SALINAS REDEVELOPMENT AGENCY'S FILING OF AN AMENDED ANSWER TO COMPLAINT       2       C0503230 JF

1  \\\

2
3  **ORDER**

4  Pursuant to the Stipulation of the Parties, the CITY OF SALINAS and the SALINAS

5  REDEVELOPMENT AUTHORITY is hereby granted leave to file an amended answer.

6  IT IS SO ORDERED:

7  DATED: January 18, 2006

8  _____
   DISTRICT JUDGE
   JEREMY FOGEL

9

10 721190

11

...

28 STIPULATION AND PROPOSED ORDER RE: DEF. CITY    3                    C0503230 JF
   OF SALINAS AND CITY OF SALINAS
   REDEVELOPMENT AGENCY'S FILING OF AN
   AMENDED ANSWER TO COMPLAINT