Cathy L. Arias, CASB# 141989
Claudia Leed, CASB# 122676
BURNHAM BROWN
A Professional Law Corporation
P.O. Box 119
Oakland, California 94604
---
1901 Harrison Street, 11th Floor
Oakland, California 94612
Telephone:   (510) 444-6800
Facsimile:   (510) 835-6666
Email:       carias@burnhambrown.com
             cleed@burnhambrown.com

CITY OF SALINAS
OFFICE OF THE CITY ATTORNEY
Vanessa W. Vallarta, City Attorney, CASB 142404
M. Christine Davi, Sr. Deputy CASB 178389
200 Lincoln Avenue
Salinas, California 93901
Telephone:   (831) 758-7256
Facsimile:   (831) 758-7257
Email:
             chrisd@ci.salinas.ca.us

Attorneys for Defendant
CITY OF SALINAS

**E-filed 2/28/06**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNETTE WHITFIELD,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CITY OF SALINAS, SALINAS REDEVELOPMENT AGENCY, NATIONAL PASSENGER RAILROAD CORPORATION, UNION PACIFIC CORPORATION, DOES 1 through 10,<br><br>　　　　Defendants.<br><br>AND RELATED CROSS-CLAIM | No. C0503230 JF (PVT)<br><br>**STIPULATION AND [PROPOSED] ORDER RESCHEDULING OF FURTHER CASE MANAGEMENT CONFERENCE** |

The parties to the above captioned litigation hereby stipulate, by and through their undersigned counsel of record, to request that this court reschedule the Further Case Management Conference from March 24, 2006 at 10:30 a.m. to March 31, 2006 at 10:30 a.m. The parties so stipulate because they have scheduled a settlement conference with Magistrate Judge Patricia Trumbull on March 24, 2006 at 10:00 a.m.

DATED: February 22 , 2006                BURNHAM BROWN

By:_____/s/_____
    CLAUDIA LEED
    Attorneys for Defendants
    CITY OF SALINAS and CITY OF
    SALINAS REDEVELOPMENT AGENCY

DATED: February     , 2006                ROSEN, BIEN & ASARO

By:_____
    ANDREA G. ASARO
    Attorneys for Plaintiff
    Lynette Whitfield

DATED: February     , 2006                JACKSON LEWIS

By: _____
    ERIKA M. BARBARA
    Attorneys for Defendants
    UNION PACIFIC CORPORATION
    and NATIONAL RAILROAD
    PASSENGER CORPORATION

1  The parties to the above captioned litigation hereby stipulate, by and through their
2  undersigned counsel of record, to request that this court reschedule the Further Case
3  Management Conference from March 24, 2006 at 10:30 a.m. to March 31, 2006 at 10:30
4  a.m. The parties so stipulate because they have scheduled a settlement conference with
5  Magistrate Judge Patricia Trumbull on March 24, 2006 at 10:00 a.m.

DATED: February    , 2006                BURNHAM BROWN

                                         By:_____
                                             CLAUDIA LEED
                                             Attorneys for Defendants
                                             CITY OF SALINAS and CITY OF
                                             SALINAS REDEVELOPMENT AGENCY

DATED: February 21, 2006                 ROSEN, BIEN & ASARO

                                         By: /s/ Andrea G. Asaro
                                             ANDREA G. ASARO
                                             Attorneys for Plaintiff
                                             Lynette Whitfield

DATED: February    , 2006                JACKSON LEWIS

                                         By: _____
                                             ERIKA M. BARBARA
                                             Attorneys for Defendants
                                             UNION PACIFIC CORPORATION
                                             and NATIONAL RAILROAD
                                             PASSENGER CORPORATION

2
STIPULATION AND [PROPOSED] ORDER RESCHEDULING OF CASE MANAGEMENT              C0503230 JF (PVT)
CONFERENCE

1  The parties to the above captioned litigation hereby stipulate, by and through their
2  undersigned counsel of record, to request that this court reschedule the Further Case
3  Management Conference from March 24, 2006 at 10:30 a.m. to March 31, 2006 at 10:30
4  a.m. The parties so stipulate because they have scheduled a settlement conference with
5  Magistrate Judge Patricia Trumbull on March 24, 2006 at 10:00 a.m.

DATED: February    , 2006              BURNHAM BROWN


                                        By:_____
                                           CLAUDIA LEED
                                           Attorneys for Defendants
                                           CITY OF SALINAS and CITY OF
                                           SALINAS REDEVELOPMENT AGENCY


DATED: February    , 2006              ROSEN, BIEN & ASARO


                                        By:_____
                                           ANDREA G. ASARO
                                           Attorneys for Plaintiff
                                           Lynette Whitfield


DATED: February 22, 2006               JACKSON LEWIS


                                        By: /s/
                                           ERIKA M. BARBARA
                                           Attorneys for Defendants
                                           UNION PACIFIC CORPORATION
                                           and NATIONAL RAILROAD
                                           PASSENGER CORPORATION

1                      [PROPOSED] ORDER

2       Pursuant to the Stipulation of the Parties, the Case Management Conference in this

3 matter will be held on March 31, 2006 at 10:30 a.m.

4       IT IS SO ORDERED:

5 DATED: February 28, 2006

6                                        DISTRICT JUDGE
                                         JEREMY FOGEL

737580