**E-filed 6/1/06**

1  SANFORD JAY ROSEN – State Bar No. 62566
   ANDREA G. ASARO - State Bar No. 107039
2  JANET TUNG, State Bar No. 231682
   ROSEN, BIEN & ASARO, LLP
3  155 Montgomery St., Suite 800
   San Francisco, California 94104
4  Telephone (415) 433-6830
   Facsimile (415) 433-7104
5  srosen@rbalaw.com
   aasaro@rbalaw.com
6  jtung@rbalaw.com

7

8  Attorneys for Plaintiff Lynette Whitfield

9

10

11              IN THE UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13

| | |
|---|---|
| 14  LYNETTE WHITFIELD, | Case No. 05-03230 JF |
| 15         Plaintiff, | |
| 16  v. | **STIPULATION AND [~~PROPOSED~~] ORDER RE:  FILING OF AMENDED COMPLAINT TO CORRECT CLERICAL ERRORS AND FILING OF AMENDED ANSWERS** |
| 17  CITY OF SALINAS, SALINAS REDEVELOPMENT AGENCY, NATIONAL PASSENGER RAILROAD CORPORATION, UNION PACIFIC CORPORATION, DOES 1 through 10, | |
| 18 | |
| 19 | |
| 20         Defendants. | |
| 21 | |
| 22  AND RELATED CROSS-CLAIMS | |

23

24

25

26

27

28

1   The parties to the above captioned litigation hereby stipulate by and through their

2   undersigned counsel of record:

3       (1)    that this court grant Plaintiff, LYNETTE WHITFIELD leave to file the

4           amended complaint lodged herewith.  This amendment is necessary to correct

5           the naming of two Defendants:  Defendant National Railroad Passenger

6           Corporation was erroneously named National Passenger Railroad Corporation.

7           Union Pacific Corporation was improperly named as a defendant and is

8           dismissed from the action.  Union Pacific Railroad Company is a properly

9           named defendant and has been added as a party defendant to the action; and

10      (2)    that this Court grant defendants leave to file amended answers within 10 days

11          of the filing of the amended complaint.

12  Dated:  May 26, 2006                    BURNHAM BROWN

13

14                             By:  */s/ Claudia Leed*

15                                CLAUDIA LEED
                                  Attorneys for Defendants

16                                CITY OF SALINAS and CITY OF
                                   SALINAS REDEVELOPMENT AGENCY

17

18  Dated:  May 26, 2006                    ROSEN, BIEN & ASARO, LLP

19

20                             By:  */s/ Andrea G. Asaro*

21                                ANDREA G. ASARO
                                  Attorneys for Plaintiff

22                                LYNETTE WHITFIELD

23  Dated:  May 26, 2006                      JACKSON LEWIS

24

25                             By:  */s/ Jamerson C. Allen*

26                                JAMERSON C. ALLEN
                                  ERIKA M. BARBARA
                                  Attorneys for Defendants

27                                UNION PACIFIC CORPORATION
                                  and NATIONAL RAILROAD

28                                PASSENGER CORPORATION

1

**ORDER**

2        Pursuant to the stipulation of the parties, and good cause appearing, Plaintiff

3  LYNETTE WHITFIELD is hereby granted leave to file an amended complaint and

4  defendants are granted leave to file amended answers within 10 days of the filing of the

5  amended complaint.

6

7  Dated:     June 1, 2006                           

8                                        DISTRICT JUDGE
                                      JEREMY FOGEL

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28